**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Kevin James Pitre
Hawk 2-R-14 Camp-D DOC No. 350660
Louisiana State Penitentiary
Angola, LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 31, 2023

**REHEARING ACTION: May 31, 2023**

**Docket Number: 23   00027-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN JAMES PITRE**

**Writ Application from Evangeline Parish Case No. 65,996-FB**

**BEFORE JUDGES:**

    **Hon. D. Kent Savoie**
    **Hon. Charles G. Fitzgerald**
    **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kevin James Pitre** is:

> **REHEARING GRANTED.** Judge Ortego has recused himself in this matter. Accordingly, this Court's ruling denying Relator's writ application regarding his "Motion to Amend Habitual Offender Status and Sentence" is vacated.

cc: Hon. Trent Brignac, Counsel for the Respondent